COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Glenn Blair  **V.**  Angela McClinton

Appellate case number:    01-11-00701-CV

Trial court case number:  11DCV187301

Trial court:               of Fort Bend County

Date motion filed:        December 20, 2013

Party filing motion:      Appellant, Glenn Blair

      It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/  Evelyn V. Keyes
                     Acting for the Court

En banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date:  February 25, 2014